UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS,

                    Petitioner,

      v.

ROBERT FERGUSON, *et al.*,

                    Respondents.

Case No. C26-230-JNW-MLP

REPORT AND RECOMMENDATION

Petitioner John Demos is a Washington prisoner who is well-known locally and nationally as an abusive litigant. Mr. Demos has submitted to the Court for filing what he identifies as a "Petition for Writ of Habeas Corpus Under 28 U.S.C. 2241, 2254." (Dkt. # 1.) Though not entirely clear, Petitioner appears to challenge therein a 1978 King County Superior Court conviction, a 1974 Yakima County Superior Court conviction, and a 2025 decision of the Indeterminate Sentence Review Board.[1] (*See id.*) Mr. Demos, however, failed to submit with his petition the requisite filing fee for this action. An Order of this Court provides for the return

---

[1] Because Mr. Demos presents challenges relating to his state court judgments, the petition is properly construed as one filed under 28 U.S.C. § 2254. *White v. Lambert*, 370 F.3d 1002, 1009-10 (9th Cir. 2004) ("[Section] 2254 is the exclusive vehicle for a habeas petition by a state prisoner in custody pursuant to a state court judgment[.]").

REPORT AND RECOMMENDATION
PAGE - 1

without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

As Mr. Demos has submitted no filing fee, the Court recommends that, pursuant to the Court's Order of March 13, 1997, the Clerk be DIRECTED to administratively close this matter. A proposed Order is attached.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 5, 2026**.

Dated this 12th day of February, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2